ADOLPH BAUMAN, Respondent, *v.* LIPPMANN TANNENBAUM, Appellant.

Reported below, 129 App. Div. 903.
(Submitted February 8, 1909; decided February 16, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 11, 1908, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for services rendered in bringing about an exchange of real property.

The motion was made on the ground that the judgment of the Appellate Division was unanimous and, therefore, not appealable to the Court of Appeals.

*Charles L. Hoffman* and *Henry A. Friedman* for motion.

*Franklin Bien* opposed.

Motion denied, with ten dollars costs.

---

JOHN BOSOIAN, Respondent, *v.* SAMUEL T. HUBBARD et al., Doing Business under the Firm Name of HUBBARD BROS. & COMPANY, Appellants.

Reported below, 129 App. Div. 637.
(Submitted February 8, 1909; decided February 16, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 7, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on contract.

The motion was made upon the ground that the judgment of the Appellate Division was unanimous and the exceptions frivolous.

*Nathan F. Griffin* and *George F. Maguire* for motion.

*Eugene D. Hawkins* and *Alfred Gregory* opposed.

Motion denied, with ten dollars costs.